# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:13cr103-RH/CAS

MICHAEL TOWNSEND ANTHONY,

    Defendant.

_____/

## ORDER DENYING THE MOTION TO SUPPRESS

For the reasons set out on the record of the hearing of February 5, 2014, the defendant's motion to suppress, ECF No. 14, is DENIED.

SO ORDERED on February 5, 2014.

                              s/Robert L. Hinkle
                              United States District Judge